1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10

11   TINA MESHELL HAYES,              Case No. CV 15-4412 SS

12                 Plaintiff,

13        v.                                  **JUDGMENT**

14   CAROLYN W. COLVIN, Acting
     Commissioner of the Social
15   Security Administration,

16                 Defendant.

17

18

19

20        IT IS ADJUDGED that the decision of the Commissioner is

21   AFFIRMED and that the above-captioned action is dismissed with

22   prejudice.

23

24   DATED:  July 7, 2016

25                                    _____
                                              /S/
26                                    SUZANNE H. SEGAL
                                      UNITED STATES MAGISTRATE JUDGE

27

28